UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>            Plaintiff,<br><br>      vs.<br><br>DR. MOON,<br><br>            Defendant. | 1:15-cv-00576-LJO-GSA-PC<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY $400.00 FILING FEE<br><br>THIRTY DAY DEADLINE |

   Matthew James Griffin ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case was filed on April 15, 2015, to address Plaintiff's claim for retaliation against defendant Dr. Moon, which was severed from Plaintiff's First Amended Complaint in case 1:11-cv-00210-AWI-GSA-PC; <u>Griffin v. Gonzales</u>.  (Doc. 1.)

   Plaintiff has not paid the $400.00 filing fee for this action or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff shall either submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee in full for this action.  **No requests for extension will be granted without a showing of good cause**.

If Plaintiff chooses to submit an application to proceed in forma pauperis, he must also submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of this case, within sixty (60) days of the date of service of this order. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 4, 2015**                            **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE